DANIEL J. BRODERICK, Bar # 89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PHILLIP JOSEPH BROWN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:94-cr-120  WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER VACATING |
| | ) | DATE, AND CONTINUING CASE |
| v. | ) | |
| | ) | Judge:   Hon. William B. Shubb |
| PHILLIP JOSEPH BROWN, | ) | Date:    July 19, 2006 |
| | ) | Time:    9:00 a.m. |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney John Vincent, Attorney for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Attorney for Phillip Joseph Brown, that the status conference scheduled for July 19, 2006, be vacated, and that the case be continued to August 23, 2006, at 9:00 a.m. for further status conference.

This supervised release violation matter is related to a pending indictment 2:05-cr-452 WBS which has already been continued to August

1  23, 2006, by stipulation and order.

2  **IT IS SO STIPULATED.**

4  Dated: July 19, 2006                    /S/ John Vincent
                                            JOHN VINCENT
5                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff

8  Dated: July 19, 2006                    /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
9                                           Assistant Federal Defender
                                            Attorney for Defendant
10                                          PHILLIP JOSEPH BROWN

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: July 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation And Order                         2