# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**PHILIP JOSEPH BROWN**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:94CR00120-01**

Jeff Staniels, Asst. Federal Defender
Steve Bauer, Appointed (Limited Purpose)
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) __1 and 2__ as alleged in the violation petition filed on __8/8/2005__.
[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | New Law Violation | 05/03/2005 |
| 2 | New Law Violation | 06/20/2005 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on __9/28/1994, and modified on 9/29/2004__.

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) _____ is/are dismissed, upon motion made by the Government.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

12/07/2006
Date of Imposition of Sentence

s/
Signature of Judicial Officer

**WILLIAM B. SHUBB.**, United States District Judge
Name & Title of Judicial Officer

December 13, 2006
Date

CASE NUMBER:          2:94CR00120-01                                               Judgment - Page 2  of  2
DEFENDANT:            PHILIP JOSEPH BROWN

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  24  months, to be served consecutively to the 87-month sentence imposed in Docket Number 2:05CR00452, for a total of 111 months.

[✔]    The court makes the following recommendations to the Bureau of Prisons:   The Court recommends that the defendant be incarcerated at Terminal Island if it is found that the defendant is designated at a Level 4.  If it is determined that the defendant is designated at a Level 5, then the Court recommends that the defendant be incarcerated at the facility in Springfield, Missouri.  Such recommendations are dependent upon defendant's security classification, space availability and defendant's medical condition.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _____ on _____.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.


                                                                                         UNITED STATES MARSHAL

                                                      By _____
                                                                                Deputy U.S.  Marshal